UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

| | |
|---|---|
| CDC BUILDERS, INC., a Florida corporation, | ) |
| | ) |
| | ) Case No.: 10-cv-21678-ASG |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| AMERISURE MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO DISMISS**

COMES NOW, Defendant, AMERISURE MUTUAL INSURANCE COMPANY ("Amerisure") by and through undersigned counsel, and hereby submits this Notice of Filing Supplemental Authority in support of its Combined Motion to Dismiss Plaintiff's Complaint for Damages and Declaratory Relief, with Incorporated Memorandum of Law, Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(7) and 19 [D.E. 10], and cites and appends the following authority:

*Capitol Specialty Ins. Corp. v. R.G. Rancho Grande Corp.*, 09-22685, 2010 U.S. Dist. Lexis 37711 (S.D. Fla. April 16, 2010) (holding that, in a declaratory judgment action between an insurer and its insured seeking a defense and indemnity determination under an insurance policy, "Florida law makes clear that [the underlying plaintiffs injured by the insured] are proper parties to th[e] suit", as they "clearly have a present interest in the subject matter.").

DATED this 12th day of August, 2010.

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that on August 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Josh Levy
Josh Levy
Florida Bar Number: 668311
E-mail: jlevy@josephsjack.com
Josephs Jack
P.O. Box 330519
Miami, Florida 33233-0519
Telephone: (305) 445-3800
Fax: (305) 448-5800
*Attorneys for Defendant, Amerisure Mutual Insurance Company*

**CDC BUILDERS, INC. v. AMERISURE MUTUAL INSURANCE COMPANY**
Case Number:  1:10-cv-21678-ASG
United States District Court, Southern District of Florida

**S E R V I C E   L I S T**

Josh Levy, Esq.
jlevy@josephsjack.com
Josephs Jack
Post Office Box 330519
Miami, Florida 33233-0519
Telephone: (305) 445-3800
Fax: (305) 448-5800
*Attorneys for Defendant, Amerisure Mutual*

Michael J. Kurzman, Esq.
mkurzman@siegfriedlaw.com
Siegrfried, Rivera, Lerner,
De la Torre & Sobel, P.A.
201 Alhambra Circle
Suite 1102
Miami, FL 33134
Telephone: (305) 442-3334
Fax: (305) 443-3292
*Attorneys for Plaintiff, CDC Builders, Inc.*

B. Michael Clark, Jr., Esq.
mclark@siegrfriedlaw.com
Siegrfried, Rivera, Lerner,
De la Torre & Sobel, P.A.
201 Alhambra Circle
Suite 1102
Miami, FL 33134
Telephone: (305) 442-3334
Fax: (305) 443-3292
*Attorneys for Plaintiff, CDC Builders, Inc.*