UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CDC BUILDERS, INC., a Florida corporation, )
)
) Case No.: 10-cv-21678-ASG
)
Plaintiff, )
)
-vs- )
)
AMERISURE MUTUAL INSURANCE COMPANY, )
)
Defendant. )
)

### DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO DISMISS

NOW COMES, Defendant AMERISURE MUTUAL INSURANCE COMPANY (herein "Amerisure" or "Defendant"), and hereby files its Notice of Supplemental Authority in Support of Amerisure's Motion for Reconsideration [D.E. 56] of the Order Denying the Motion to Dismiss [D.E. 55], and respectfully requests that the Court consider the following supplemental authority in ruling upon Amerisure's Motion for Reconsideration:

*Order Granting Amerisure's Combined Motion to Dismiss Plaintiffs' Complaint for Damages and Declaratory Relief issued on May 6, 2011 in Suwannee American Cement, LLC et al. v. Zurich Insurance Company and Amerisure Insurance Company, et al., Case № 11-20453-CIV-GRAHAM/GOODMAN*, attached hereto as Exhibit A.

Respectfully submitted,

By: s/ Josh Levy
Josh Levy, Esq.
Florida Bar No. 668311
E-mail: jlevy@marlowconnell.com
Marlow, Connell, Abrams,
Adler, Newman & Lewis

           4000 Ponce de Leon Blvd., Suite 570
           Coral Gables, Florida 33146
           Tel: (305) 446-0500
           Fax: (305) 446-3667

<u>Co-counsel:</u>
Donald E. Elder, Esq. (admitted *pro hac vice*)
delder@tresslerllp.com
Zhanna Plotkin, Esq. (admitted *pro hac vice*)
zplotkin@tresslerllp.com
Abraham Sandoval, Esq. (admitted *pro hac vice*)
asandoval@tresslerllp.com
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 627-4186
Fax: (312) 627-1717

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2011 the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Josh Levy*
Josh Levy, Esq.
Florida Bar No. 668311
E-mail: jlevy@marlowconnell.com
Marlow, Connell, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146
Tel: (305) 446-0500
Fax:(305) 446-3667

Co-counsel:
Donald E. Elder, Esq. (admitted *pro hac vice*)
delder@tresslerllp.com
Zhanna Plotkin, Esq. (admitted *pro hac vice*)
zplotkin@tresslerllp.com
Abraham Sandoval, Esq. (admitted *pro hac vice*)
asandoval@tresslerllp.com
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 627-4186
Fax: (312) 627-1717

**SERVICE LIST**

CDC BUILDERS, INC. v. AMERISURE MUTUAL INSURANCE COMPANY
Case Number: 1:10-cv-21678-ASG
United States District Court, Southern District of Florida

---

Michael J. Kurzman, Esq.
Siegfried, Rivera, Lerner, De La Torre & Sobel P.A.,
8211 West Broward Blvd., Suite 250
Plantation, Fl 33324
Phone: (954) 781-1134 Ext. 211
Fax: (954) 465-2590
E-mail: mkurzman@siegfriedlaw.com

B. Michael Clark, Jr., Esq.
Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.
201 Alhambra Cir., Suite 1102
Coral Gables, FL 33134
Phone: 305-442.3334
Fax:    305-443-3292
E-mail: mclark@siegfriedlaw.com

Josh Levy, Esq.
E-mail: jlevy@marlowconnell.com
Marlow, Connell, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146
Tel: (305) 446-0500
Fax:(305) 446-3667

Donald E. Elder, Esq. (admitted *pro hac vice*)
delder@tresslerllp.com
Zhanna Plotkin, Esq. (admitted *pro hac vice*)
zplotkin@tresslerllp.com
Abraham Sandoval, Esq. (admitted *pro hac vice*)
asandoval@tresslerllp.com
Tressler LLP
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 627-4186
Fax: (312) 627-1717