UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-21678-ASG

CDC BUILDERS, INC., a Florida corporation,

    Plaintiff,

v.

AMERISURE MUTUAL INSURANCE COMPANY,

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediator, John S. Freud, files this Mediator's Report, and states:

1. The parties and/or their respective counsel and/or representative(s), attended mediation on 05/18/11.

2. The above matter has not been resolved and the parties are at an impasse.

3. All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. Each party and/or counsel shall pay their agreed share of the Mediation fees and costs. This Report will be supplemented as circumstances dictate. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees and costs.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 20th day of May, 2011, upon counsel of record.

MEDIATION SOLUTIONS, INC.
Museum Tower, Suite 2700
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 371-9120
Facsimile: (305) 371-9197

By: /s/ John S. Freud
    JOHN S. FREUD - Mediator
    FL BAR NO. 328308